IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02603-RPM

WILLIAM LOPEZ,

    Plaintiff,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, and UNITED FIRE AND CASUALTY COMPANY, an Iowa Corporation

    Defendants.

_____

## ORDER GRANTING MOTION TO AMEND ANSWER AND JURY DEMAND OF UNITED FIRE AND CASUALTY COMPANY
_____

THIS MATTER, having come before the Court on Defendant's Motion To Amend Answer of United Fire and Casualty Company, and the Court being fully advised in the premises,

DOTH ORDER, that Defendant be allowed to amend its Answer and the amended Answer provided shall be substituted for the original Answer filed in this instant case.

DATED this 7th day of February, 2006.

                                        BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Senior District Court Judge