IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02603-RPM

WILLIAM LOPEZ,

        Plaintiff,

v.

UNITED FIRE AND CASUALTY COMPANY,
an Iowa Corporation,

        Defendant.

---

ORDER ON MOTION FOR CLARIFICATION AND SETTING SCHEDULE FOR
SUBMISSION FOR APPLICATION FOR ATTORNEY'S FEES

---

On the pleading filed March 9, 2007, Joint Notice to the Court and Motion for Clarification of Order, it is

ORDERED that the plaintiff's claims for willful and wanton statutory bad faith are dismissed and it is

FURTHER ORDERED that the plaintiff shall submit an application for attorney's fees and supporting papers in compliance with D.C.COLO.LCivR 54.3 on or before April 9, 2007, and the defendant will respond within 20 days after the plaintiff's filing.

Dated: March 12, 2007

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge